**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 4:26-cr-00023-CDL-AGH-1 |
| | : | |
| JAQUARIUS COLE, | : | |
| | : | |
| Defendant. | : | |

# ORDER OF DETENTION

On November 3, 2026, Defendant appeared in this Court for an initial appearance and arraignment on an Indictment (ECF. 1). The Court found Defendant eligible for a court appointed attorney. The Federal Defender Organization was appointed to represent Defendant and Jessica Lee, from that organization, appeared with Defendant.

The Defendant was advised of his constitutional rights. The Government read the charge in the Indictment and advised the Defendant of the possible penalties associated with the charge. Through counsel, Defendant acknowledged reviewing the Indictment. Defendant consented to detention at this time based on current state holds in connection with pending state charges. Should the pending state detention be resolved prior to the conclusion of this case, the Court will renew consideration of bond or release at Defendant's request.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 3rd day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE